May Ward Company, Inc., Respondent, v. Columbia Amusement Company (Incorporated), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Eva Friedman, Respondent, v. Samuel Spiro, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Edward J. Kuechle, Respondent, v. J. Parker Sloane and Another, Individually and as Copartners, etc., Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Philip Eichel, Respondent, v. Jefferson Leasing Company, Appellant. (No. 1.) Philip Eichel, Respondent, v. Jefferson Leasing Company, Appellant. (No. 2.) — Orders affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Mollie Barker, Respondent, v. Jerome Milton Jackson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin Laughlin, Scott and Dowling, JJ.

Joseph Bernstein, Appellant, v. Simon Seliger, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Moses Steinberg, Respondent, v. Franz Kemmerich, Defendant. Smith & Bowman, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Rudolf A. J. Wolff and Others, Respondents, v. Benjamin Lowenstein, Appellant. (No. 1.) Rudolf A. J. Wolff and Others, Respondents, v. Benjamin Lowenstein, Appellant. (No. 2.) — Orders affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Anna Jacobson v. Ignatz Jacobson. Max Brown, Appellant; Nathaniel Rosenberg, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

James V. Ortelero, Appellant, v. George S. Dougherty, Respondent.— Orders affirmed, without costs. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.

Umberto Vinci, Appellant, v. Pasquale Di Mezza and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Ingraham, P. J., McLaughlin, Laughlin, Scott and Dowling, JJ.